Certificate Number: 16339-PAE-DE-039363533

Bankruptcy Case Number: 24-14560



16339-PAE-DE-039363533

# **C**ERTIFICATE **O**F **D**EBTOR **E**DUCATION

I CERTIFY that on February 21, 2025, at 1:59 o'clock PM EST, Jamshidbek Alidjonov completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 21, 2025              By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor